UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

JEFFREY VON DEAUXPLETTE, an individual,

Plaintiff,

v.

Case No.: 13-CV-567

DAVID NYHUS, an individual, DSL TRANSPORT LLC, a Limited Liability Company, and DOES 1 through 10, inclusive,

Defendant.

## STIPULATION AND ORDER DISMISSING COUNTS II AND III OF THE COMPLAINT

WHEREAS, on April 1, 2014, Defendant DSL Transport LLC moved for partial summary to dismiss Plaintiff Jeffrey Von Deauxplette's claims for negligent hiring and negligent entrustment – Counts II and III of the complaint;

WHEREAS the parties agree that there are no facts to support Counts II and III of the Complaint; and

WHEREAS Plaintiff consents to the dismissal of Counts II and III of his complaint, IT IS HEREBY ORDERED that:

1. DSL Transport's Motion for Summary Judgment is GRANTED; and

2. Count II (Negligent Hiring) and Count III (Negligent Entrustment) of Plaintiff's complaint are DISMISSED with prejudice.

SIGNED this 15th day of April, 2014.

_Barbara B Crabb_
THE HON. BARBARA B. CRABB
U.S. District Court Judge

**APPROVED AND AGREED:**

Dated: 4/9/14

PANISH SHEA & BOYLE LLP

By: _____
Brian J. Panish (SBN 116060)
Rahul Ravipudi (SBN 204519)
Ryan A. Casey (SBN 271865)
Attorneys for Plaintiff Jeffrey Von Deauxplette
11111 Santa Monica Boulevard, Suite 700
Los Angeles, CA 90025
Email: panish@psblaw.com
ravipudi@psblaw.com
casey@psblaw.com

Dated: 4/9/14

HABUSH HABUSH & ROTTIER S.C.

By: _____
Daniel A. Rottier (SBN 1016998)
Attorney for Plaintiff Jeffrey Von Deauxplette
150 E. Gilman St. #2000
Madison, WI 53703
Telephone: (608) 255-6663; 800-822-1690
Facsimile: (608) 255-0745
Email: rottier@habush.com

Dated: 4/11/14

CHILTON YAMBERT & PORTER LLP

By: _____
Dennis M. Sullivan (SBN 1016053)
Michael A. Hughes (SBN 1047206)
Attorneys for Defendants David Nyhus and DSL Transport LLC
103 North Hamilton Street
Madison, WI 53703
Phone 608-663-1882
Fax 608-663-1889
Email: dsullivan@cyp-law.com
mhughes@cyp-law.com